UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Mag. Judge Case No. 05-0402-RBC |
| ) | |
| STEPHEN PAUL LINTON   ) | |

## AFFIDAVIT IN SUPPORT OF ARREST

I, Scott Kimball, Deputy United States Marshal, do hereby make oath before the Honorable Robert B. Collings, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one Stephen Paul Linton on a petition filed in the District of Colorado charging the defendant with violating the terms of his supervised release, and I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above.  A copy of said warrant is attached.

Scott Kimball
Deputy United States Marshal

Subscribed and sworn to before me this 18th day of February, 2005.

ROBERT B. COLLINGS
United States Magistrate Judge